527 F.2d 1391
 Roy Paul PEREZ, etc., et al., Plaintiffs-Appellees,
v.
FORD MOTOR COMPANY, Defendant, Traders and General Insurance
Company, Intervenor-Appellant.
 No. 75--3490 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 March 5, 1976.
 
 Ben W. Lightfoot, Baton Rouge, La., for intervenor-appellant.
 Harvey J. Lewis, New Orleans, La., Jack B. Wise, Thibodaux, La., for plaintiffs-appellees.
 Before BELL, GODBOLD and DYER, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed on the opinion of the District Court. 408 F.Supp. 318 (1976).
 
 
 
 *
 Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I